```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LEE, ET AL.

                Plaintiffs,

   -against-

WARNER BROS. THEATER VENTURES,
ET AL.

                Defendants.
------------------------------------------------------------x

11 CV 7144 (KMW)
ORDER

WOOD, U.S.D.J.:

The Court, having been advised that the parties have in principle reached an agreement to settle this case, hereby orders that the action is dismissed and discontinued without costs, and without prejudice to the right to reopen the action within ninety (90) days if the settlement is not consummated. The Clerk of Court is directed to close this case. Any pending motions are moot.

SO ORDERED.

Dated: New York, New York
       December 14, 2010

                                        Kimba M. Wood
                                        United States District Judge